IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROOSEVELT DUNLAP,              )
                               )
    Petitioner,                )
                               )    CIVIL ACTION NO.
    v.                         )      2:13cv77-MHT
                               )         (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) The United States Magistrate Judge's recommendation (Doc. No. 6) is adopted.

(2) The petition for writ of habeas corpus (Doc. No. 1) is denied as time-barred.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of April, 2014.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**